# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00249-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TERESA KEBLES,

        Defendant.

---

## ORDER DENYING TERMINATION OF PROBATION PRIOR TO ORIGINAL EXPIRATION DATE

---

        On September 14, 2006, the Probation Department advised the Court that the defendant had been on probation supervision for one year, which makes her statutorily eligible for early termination pursuant to 18 U.S.C. § 3564(c). On September 27, 2006, the Probation Department was advised that the Government objects to the proposed relief, and would be filing a written response to same. Additionally, the defendant has a Risk Prediction Index of two (2), which is indicative of a 15.2% recidivism rate.

Accordingly, it is:

        ORDERED that termination of probation be denied and that the defendant continue on supervision.

        DATED at Denver, Colorado, this <u>11th</u> day of October, 2006.

                                    BY THE COURT:

                                    <u>s/ Wiley Y. Daniel</u>
                                    Wiley Y. Daniel
                                    United States District Judge